UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | December 10, 2019 |
| **Bankruptcy Case** | No. 19 B 15205 | **Adversary** | |

**Brief Statement of Motion**: Tom Nommensen

Order Sustaining Objection to Claim No. 8 of Citibank, N.A.

**Names and Addresses of moving counsel**:

**Representing**:

## ORDER

Debtor Tom Nommensen has objected to claim No. 8 of Citibank, N.A. The court set a briefing schedule on the objection under which Citbank's response was due on or before December 6, 2019. Citibank filed no response. Accordingly, the objection to claim No. 8 of Citibank is sustained. Citibank is determined to have a general unsecured claim of $156,837.55. The ruling date of December 20, 2019, is stricken.

*/s/ A. Benjamin Goldgar*