# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | December 10, 2019 |
| **Bankruptcy Case** | No. 19 B 15205 | **Adversary** | |

**Brief Statement of Motion**

Tom Nommensen

Order Sustaining Objection to Claim No. 6 of U.S. Bank

**Names and Addresses of moving counsel**

**Representing**

## ORDER

Debtor Tom Nommensen has objected to claim No. 6 of U.S. Bank. U.S. Bank has filed a response agreeing with the relief sought in the objection. Accordingly, the objection to claim No. 6 of U.S. Bank is sustained. U.S. Bank is determined to have a general unsecured claim of $18,267.72. The ruling date of December 20, 2019, is stricken.

*[signature]*