# UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### CHICAGO DIVISION

In re   Tom Nommensen                                   Case No.   19-15205

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust | U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
**Fay Servicing, LLC**
**Bankruptcy Department**
**PO Box 814609**
**Dallas, TX 75381-4609**

Court Claim # (if known):   6-1
Amount of Claim:   $18,287.72
Date Claim Filed:   August 2, 2019

Phone:   800-495-7166
Last Four Digits of Acct #   1990

Phone:   800-401-6587
Last Four Digits of Acct #   9062

Name and Address where transferee payments should be sent (if different from above):
**Fay Servicing, LLC**
**Bankruptcy Department**
**PO Box 814609**
**Dallas, TX 75381-4609**

Phone:   800-495-7166
Last Four Digits of Acct #:   1990

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   */s/ Toni Townsend*                                   Date:   06/07/2021
    Authorized Agent for Transferee

Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571

| | |
|---|---|
| In Re: | Bankruptcy Case No.: 19-15205 |
| Tom Nommensen | Chapter: 13 |
| | Judge: A. Benjamin Goldgar |

## CERTIFICATE OF SERVICE

I, /ss/, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, Georgia 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I served a copy of the within Transfer of Claim filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Tom Nommensen
1871 Gatewood Drive
Gurnee, IL 60031

Caliber Home Loans
13801 Wireless Way
Oklahoma City, OK 73134

Paul M Bauch                                (*served via ECF Notification*)
Bauch & Michaels LLC
53 West Jackson Boulevard Ste 1115
Chicago, IL 60604

Glenn B Stearns, Trustee                    (*served via ECF Notification*)
801 Warrenville Road, Suite 650
Lisle, IL 60532

U.S. Trustee - Patrick S Layng              (*served via ECF Notification*)
Office of the U.S. Trustee, Region 11
219 S Dearborn St, Room 873
Chicago, IL 60604

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 06/07/2021         By:   /s/ *Toni Townsend*
                    (date)                 Toni Townsend
                                            Authorized Agent for Transferee